THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel
 Teamer, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2010-UP-062
Submitted January 4, 2010  Filed January
 28, 2010
Withdrawn, Substituted and Refiled April
 21, 2010 
APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and 
 Assistant Deputy Attorney General Donald J. Zelenka, all of
 Columbia; Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent. 
 
 
 

PER CURIAM: Nathaniel Teamer appeals his consecutive sentences of
 life imprisonment and twenty years for murder and assault and battery with
 intent to kill, respectively.  Teamer contends the trial court erred by
 admitting a videotape into evidence.  After a thorough review of the record, counsel's brief, and Teamer's pro se brief, pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.